UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.                                    Case No.:  2:22-cv-348-SPC-NPM

ANTHONY SIROTKA,

        Defendant.
_____/

## PARTIES' JOINT STATUS REPORT

       Pursuant to the Court's Order of August 1, 2022 [ECF 12], granting the Government's Application to Intervene and for a Complete Stay, Plaintiff Securities and Exchange Commission and Defendant Anthony Sirotka, through undersigned counsel, provide the Court the following status report:

       On June 5, 2023, Sirotka pled guilty to all counts he was charged with in the Superseding Indictment via consent before the United States Magistrate Judge.  On November 30, 2023, the District Court accepted Sirotka's guilty plea.  Sentencing is now tentatively set for June 9, 2025.

Dated: April 28, 2025

                                    Respectfully submitted,

| *s/Russell Koonin* | *s/ Jonathan B. New* |
|---|---|
| Russell Koonin | Jonathan B. New (*pro hac vice*) |
| Senior Trial Counsel | Baker & Hostetler LLP |
| Fla. Bar No. 474479 | 45 Rockefeller Plaza |
| Telephone: (305) 982-6390 | New York, NY 10111-0100 |
| E-mail: kooninr@sec.gov | Telephone: (212) 589-4200 |
| | Facsimile: (212) 589-4201 |
| Attorney for Plaintiff | Email: jnew@bakerlaw.com |
| SECURITIES AND EXCHANGE COMMISSION | Attorneys for Defendant Anthony Sirotka |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                    s/ *Russell Koonin*
                                    Russell Koonin, Esq.