## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

### CASE NO. 2:21-cv-348-SPC-NPM

SECURITIES AND EXCHANGE
COMMISSION,

      *Plaintiff,*

v.

ANTHONY SIROTKA,

      *Defendant.*

## INDEX OF EXHIBITS TO MOTION FOR FINAL JUDGMENT AS TO DEFENDANT ANTHONY SIROTKA

| Exhibit | Description |
| --- | --- |
| 1 | Consent to Final Judgment of Anthony Sirotka |
| 1-A | Transcript of Plea Hearing of Anthony Sirotka |
| 1-B | Form of Proposed Final Judgment as to Anthony Sirotka |
| 2 | Proposed Final Judgment as to Anthony Sirotka |